# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DAVID SOLOMON, HAINES & KIBBLEHOUSE, INC., O'NEIL PROPERTIES GROUP, HENKELS & MCCOY AND COMMONWEALTH OF PENNSYLVANIA | : No. 461 MAL 2018<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>: |
| DAVID SOLOMON AND FANYA SOLOMON | :<br>:<br>:<br>: |
| V. | :<br>: |
| JOSEPH D. HULME, IV | :<br>: |
| V. | :<br>: |
| HAINES & KIBBLEHOUSE, INC. | |

PETITION OF:  DAVID SOLOMON, HAINES & KIBBLEHOUSE, INC., O'NEIL PROPERTIES GROUP, HENKELS & MCCOY AND MCMAHON ASSOCIATES, INC.

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.